UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WHEREVERTV, INC.,

    Plaintiff,

v.                                                     Case No: 2:18-cv-529-FtM-99CM

COMCAST CABLE
COMMUNICATIONS, LLC,

    Defendant.
_____

## ORDER

This matter comes before the Court upon review of the Agreed Motion for Leave to Extend Time to Prepare and Submit Case Management Report filed on November 14, 2018. Doc. 37. The parties request an extension until November 21, 2018 for their Case Management Conference and until November 28, 2018 to file their Case Management Report. *Id.* at 2-3. The parties also request permission to conduct the Case Management Conference by telephone. *Id.* at 3. For good cause shown and because the motion is unopposed, the parties shall have up to and including **November 21, 2018** to conduct their Case Management Conference and up to and including **November 28, 2018** to file their Case Management Report. The parties may also conduct their Case Management Conference by Telephone. The parties are directed to use the Case Management Report tailored to patent cases, however, instead of the general Case Management Report. The Court will direct the Clerk to file a template patent Case Management Report on the docket for reference.

ACCORDINGLY, it is

**ORDERED:**

1. The Agreed Motion for Leave to Extend Time to Prepare and Submit Case Management Report (Doc. 37) is **GRANTED**. The parties shall have up to and including **November 21, 2018** to conduct their Case Management Conference and up to and including **November 28, 2018** to file their Case Management Report. The parties may conduct their Case Management Conference by telephone.

2. The Clerk is directed to file a template Case Management Report tailored to patent cases on the docket. The parties shall file a Case Management Report tailored to patent cases instead of a general Case Management Report.

**DONE** and **ORDERED** in Fort Myers, Florida on this 19th day of November, 2018.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record