UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

WHEREVERTV, INC.,

        Plaintiff,

v.                                               Case No. 2:18-cv-529-JLB-NPM

COMCAST CABLE
COMMUNICATIONS, LLC,

        Defendant.

## CORRECTED ORDER[1]

Before the court is an unopposed motion for special admission of Peter Marketos. Having satisfied the requirements of Local Rule 2.01(c), the court finds Peter Marketos may appear specially on behalf of Plaintiff WhereverTV. Accordingly, the motion for special admission (Doc. 267) is **GRANTED**.

If non-resident attorney Peter Marketos has not already done so, counsel shall file an E-Filer Registration Form within fourteen days of the date of this Order, unless counsel already has CM/ECF filing credentials for the Middle District of Florida. Failure to complete this step may cause the court to revoke its permission to appear specially without further notice.

---

[1] Corrected to identify attorney Marketos as counsel for WTV rather than Comcast.

Counsel is reminded that any attorney appearing in this court "must remain familiar with, and is bound by, the rules governing the professional conduct of a member of The Florida Bar." M.D. Fla. R. 2.01(e). By virtue of his special admission, Marketos is also deemed to be familiar with 28 U.S.C. § 1927. *See* M.D. Fla. R. 2.01(b)(1)(C), (c)(5).

Pursuant to *In re: Possession and Use of Personal Electronic Devices in Federal Courthouses in the Middle District of Florida*, No. 6:13-mc-94-Orl-22, an attorney permitted to appear specially by this Order may—subject to inspection by court security officers—bring personal electronic devices beyond the courthouse security checkpoint by presenting this Order.

**ORDERED** in Fort Myers, Florida, on February 25, 2022.

*Nicholas P. Mizell*
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE