**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

| | | |
|---|---|---|
| WHEREVERTV, INC.<br><br>Plaintiff,<br><br>v.<br><br>COMCAST CABLE COMMUNICATIONS, LLC,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | No. 2:18-cv-00529-WFJ-KRH |

**COMCAST'S MOTION REGARDING ENTRY OF JUDGMENT**
**AND POST-TRIAL MOTIONS**

1. In accordance with the Court's order, *see* Doc. 616, Defendant Comcast Cable Communications, LLC ("Comcast") respectfully requests that the Court direct the Clerk to enter judgment in the form attached hereto as Exhibit A on Wednesday, October 28, 2026. Comcast's proposed form of judgment accurately reflects the jury's verdict.

2. WhereverTV has indicated that the judgment should also address pre- and post-judgment interest. Those issues, however, were not resolved by the jury verdict, and WhereverTV has not adduced any evidence or offered any argument regarding them. WhereverTV has not discharged its burden of establishing that a prejudgment interest award (which could amount to well over $100 million) is necessary, the time period to be covered, the rate to be used, or whether compounding is warranted. These are all issues within the Court's discretion that must be proven by WhereverTV (giving Comcast opportunity to respond). Although Comcast has not seen WhereverTV's proposed judgment, Comcast objects to entry of any judgment that includes prejudgment interest.

3. Comcast respectfully requests that the Court set the following schedule and page limits for any post-trial motions to be filed by the parties:

| **Event** | **Date** | **Page limit** |
|---|---|---|
| Entry of judgment | Wednesday, October 28, 2026 | — |
| Post-trial motions | Wednesday, November 25, 2026 | 40 pages |
| Responses | Wednesday, January 6, 2027 | 40 pages |
| Replies | Wednesday, January 20, 2027 | 20 pages |

4. Good cause supports this request. The motions will address infringement, validity, damages, and other issues in a complex and long-running litigation. The proposed schedule avoids substantial briefing over the holidays, and will be completed by January 20, 2027. WhereverTV agrees to this schedule and these page limits with respect to *Comcast's* post-trial motions, while proposing the default deadlines for its own motions. But a postjudgment request for prejudgment interest is a Rule 59(e) motion, *Osterneck v. Ernst & Whinney*, 489 U.S. 169, 175 (1989), and the propriety and amount of any interest award depend on the outcome of Comcast's post-trial motions. To the extent the interest issues are not simply deferred, those issues should be briefed on the same schedule as Comcast's post-trial motions.

5. Comcast additionally requests that the Local Rule 7.01(b) deadline for any fee motion, as well as any request for costs, be deferred until fourteen days after the Court rules on the post-trial motions. WhereverTV opposes this request.

6. Pursuant to Local Rule 3.01(g), Comcast and WhereverTV conferred by teleconference on October 23, 2026. The parties' respective positions are reflected herein. *See also* Exhibit B (e-mail correspondence memorializing same).

WHEREFORE, Comcast respectfully requests that the Court (1) direct the Clerk to enter judgment on October 28, 2026, in the form attached hereto as Exhibit A; (2) adopt the briefing

schedule and page limits set forth in paragraph 3 for all post-trial motions; and (3) defer the deadline for any motion for fees or request for costs as set forth in paragraph 5.

## **LOCAL RULE 3.01(G) CERTIFICATION**

Undersigned counsel certifies that counsel for Defendant Comcast conferred with counsel for Plaintiff WhereverTV by teleconference on October 23, 2026. The parties were unable to reach agreement, and their respective positions regarding the relief requested are set forth in the above motion.

Dated: October 26, 2026

Respectfully submitted,

*/s/ Traci T. McKee*

FAEGRE DRINKER BIDDLE & REATH LLP
Traci T. McKee
Florida Bar No. 53088
traci.mckee@faegredrinker.com
1500 Jackson Street, Suite 201
Fort Myers, FL 33901
Tel: (239) 286-6900

*Counsel for Defendant*
*Comcast Cable Communications, LLC*

Of Counsel:
DAVIS POLK & WARDWELL LLP
Ashok Ramani
ashok.ramani@davispolk.com
David J. Lisson
david.lisson@davispolk.com
Serge A. Voronov
serge.voronov@davispolk.com
Elaine M. Andersen
elaine.andersen@davispolk.com
Pablo A. Lozano
pablo.lozano@davispolk.com
Jessica Magier Rogerio
jessica.magier@davispolk.com
900 Middlefield Road, Suite 200
Redwood City, CA 94063
Tel: (650) 752-2000

Paul O. Ilori
paul.ilori@davispolk.com
450 Lexington Avenue
New York, NY 10017
Tel: (212) 450-4000

WEIL, GOTSHAL & MANGES LLP
Mark A. Perry
mark.perry@weil.com
2001 M Street, NW, Suite 600
Washington, DC 20036
Tel: (202) 682-7000

Robert B. Niles-Weed
robert.niles-weed@weil.com
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 26, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Traci T. McKee*
Traci T. McKee