IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | | |
|---|---|---|
| WHEREVERTV, INC. | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | |
| | § | No. 2:18-cv-00529-WFJ-KRH |
| | § | |
| COMCAST CABLE COMMUNICATIONS, LLC, | § | |
| | § | |
| Defendant. | § | |

**JUDGMENT**

This action came before the Court for a trial by jury beginning on October 5, 2026. The issues have been tried, and the jury rendered its verdict on October 15, 2026. Doc. 615. In accordance with the jury's verdict and the Court's orders, IT IS ORDERED AND ADJUDGED:

That Judgment is hereby entered in favor of Plaintiff WhereverTV, Inc. ("WhereverTV") and against Defendant Comcast Cable Communications, LLC ("Comcast") that Comcast infringed Claim 1 of U.S. Patent No. 8,656,431 (the "'431 Patent"), as set out in the verdict form. Doc. 615.

That Judgment is hereby entered in favor of WhereverTV and against Comcast that Comcast failed to prove that Claim 1 of the '431 Patent is invalid, as set out in the verdict form. Doc. 615.

That damages are hereby awarded in favor of WhereverTV and against Comcast in the amount of **$213,000,000**, as set out in the verdict form. Doc. 615.

That prejudgment interest is hereby awarded in favor of WhereverTV and against Comcast under 35 U.S.C. § 284, calculated as simple interest at the prime rate, from September 19, 2016, through November 23, 2026, in the amount of **$121,228,358**.

That WhereverTV recover its costs, as allowed under Federal Rule of Civil Procedure 54(d)(1) and 28 U.S.C. § 1920, in the amount of **$88,259.20**, as set out in WhereverTV's bill of costs. Doc. 622.

That the total amount of this Judgment is **$334,316,617.20**, representing the sum of the damages, prejudgment interest, and costs awarded above.

That post-judgment interest is hereby awarded in favor of WhereverTV and against Comcast under 28 U.S.C. § 1961 on the total amount of this Judgment, from the date of entry of this Judgment until the Judgment is satisfied, at a rate of 4.56%, the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of this Judgment, computed daily and compounded annually.

This Judgment is subject to modification following the Court's consideration of the parties' post-trial motions, if any.

DONE AND ORDERED in Tampa, Florida, on November 23, 2026.

HON. WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE